IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:16 cr-101 |
| Plaintiff, | : | |
| v. | : | THOMAS M. ROSE |
| JERRY YOKUM, | : | INDICTMENT |
| Defendant. | : | 18 U.S.C. § 1591(a)(1), (b)(1) & (b)(2)<br>18 U.S.C. § 1594(a) |

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Attempted Sex Trafficking of a Child)
[18 U.S.C. §§ 1591(a)(1), (b)(2) & 1594(a)]

On or about March 14, 2016, in the Southern District of Ohio, the defendant, JERRY YOKUM, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit and attempted to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, in and affecting interstate and foreign commerce, a person, that is "Juvenile Female A" having had a reasonable opportunity to observe "Juvenile Female A", and knowing and in reckless disregard of the fact that "Juvenile Female A" had not obtained the age of 18 years, and attempted to cause her to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a).

## COUNT 2
### (Attempted Sex Trafficking)
### [18 U.S.C. §§ 1591(a)(1), (b)(1) & 1594(a)]

On or about February 4, 2016, in the Southern District of Ohio and elsewhere, the defendant, JERRY YOKUM, knowingly in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, and attempted to recruit, entice, harbor, transport, provide, obtain and maintain by any means, a person, that being "Female B," knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means, caused and attempted to cause "Female B" to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1), (b)(1) and 1594(a).

A TRUE BILL

/S/ Signed
FOREMAN

BENJAMIN C. GLASSMAN
Acting United States Attorney

DWIGHT K. KELLER
Assistant United States Attorney