IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. **3:16CR** 101 |
| Plaintiff, | : | **JUDGE THOMAS M. ROSE** |
| v. | : | |
| **JERRY YOKUM,** | : | **SUPERSEDING INFORMATION** <br> 18 U.S.C. §§ 1589(a)(4) and 1594 |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### [18 U.S.C. §§ 1589(a)(4) and 1594]
### (Attempted Forced Labor)

On or about February 4, 2016, while in the Southern District of Ohio, defendant **JERRY YOKUM**, knowingly attempted to provide and obtain the labor and services of another, identified as "Female B", by means of a scheme, plan and pattern intended to cause "Female B" to believe that, if she did not perform such labor and services, she would suffer serious harm.

All in violation of Title 18, United States Code, Sections 1589(a)(4) and 1594.

BENJAMIN C. GLASSMAN
United States Attorney

*/s/ Dwight K. Keller*
DWIGHT K. KELLER
Assistant United States Attorney